IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY W. TANKSLEY, | No. CIV S-08-2881-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CDC-SALINAS, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete application to proceed in forma pauperis, along with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff application filed on December 16, 2008, does not include the required certified trust account statement. Plaintiff states on his form application that "[o]fficers prison trust persons are along with the plaintiff are in conflict." Plaintiff does not state, however, the nature of this conflict or why it prevents him from comply with the court's previous order to submit a completed application along with the required trust account statement.

/ / /

1

      Plaintiff will be provided an additional opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. If prison officials are thwarting his ability to obtain the required certified trust account statement, plaintiff shall so state and describe what efforts he has made to obtain the trust account statements and prison officials response(s) to those efforts. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his prison trust account statement, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE