IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY W. TANKSLEY, | No. CIV S-08-2881-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ARANDA, et al., | |
|     Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2009, the court determined that plaintiff's complaint was appropriate for service and directed plaintiff to submit documents for service by the United States Marshal within 30 days. Plaintiff was warned that failure to submit the required documents may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. To date, plaintiff has not submitted the required documents as directed. Specifically, plaintiff has failed to submit the required eight copies of his second amended complaint.

/ / /

/ / /

1  Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2  this action should not be dismissed for failure to submit the required service documents.  Plaintiff
3  is again warned that failure to respond to this order may result in dismissal of the action for the
4  reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.
5  See id.
6  IT IS SO ORDERED.

 DATED: July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2