IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. C 11-0259 JSW (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER** |
| v. | |
| S. ARANDA; J. WILLS; E. BEAM; P SULLIVAN; G. BIAGGINI; W MUNIZ; E.B. JONES, | **(Docket No. 51)** |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at Atascadero State Mental Hospital, filed this civil rights action under 42 U.S.C. § 1983. He has filed a motion requesting an order stating that he is proceeding pro se so that Atascadero officials will allow him access to the law library and photocopying. In this order and prior orders by the Court it is indicated that Plaintiff is proceeding pro se in this case. Plaintiff's request (docket number 51) is GRANTED.

IT IS SO ORDERED.

DATED: 03/14/2011

JEFFREY S. WHITE
United States District Judge