IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOODY WOODROW TANKSLEY, | ) | No. C 11-0259 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL;** |
| v. | ) ) | **DENYING MOTION TO PROCEED IN COURT** |
| S. ARANDA; J. WILLS; E. BEAM; P SULLIVAN; G. BIAGGINI; W MUNIZ; E.B. JONES, | ) ) ) ) | |
| Defendants. | ) ) ) | (Docket No. 60) |

Plaintiff, a California prisoner proceeding pro se, has filed this civil rights case under 42 U.S.C. § 1983. Defendants' motion to revoke Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) was granted on July 15, 2011, and Plaintiff was ordered to pay the filing fee within thirty days or the case would be dismissed. Plaintiff has not done so, and has indicated that he is unable to pay the fee. Accordingly, this case is DISMISSED. Plaintiff's motion "to proceed in court" presents no grounds to alter the Court's decision to revoke his in forma pauperis status. The motion (docket number 60) is DENIED.

IT IS SO ORDERED.

DATED: August 30, 2011

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MOODY W. TANKSLEY,

      Plaintiff,

  v.

ARANDA ET AL et al,

      Defendant.

Case Number: CV11-00259 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moody W. Tanksley F-65317
Atascadero State Hospital
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: August 30, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk